Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Quentin A. Roberts (State Bar No. 306687)
Email: qroberts@zlk.com
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Gayle M. Blatt (State Bar No. 122048)
Email: gmb@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Counsel for Plaintiffs and the Proposed Classes

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRENE SUNG, KIMBERLY CARBONI, ANNIE FULTON, CARY BERGER, MELISSA BERGER, EMMALYNE OWENS, RUTH PHELPS, CHRISTINE WILLETTS, LINDA GRAVES, and CHRISTINE NIZIBIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHURMAN FINE PAPERS, d/b/a SCHURMAN RETAIL GROUP,<br><br>Defendant. | Case No. 3:17-cv-02760-LB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:     March 8, 2018<br>Time:     11:00 a.m.<br>Ctrm.:    C-15th Floor<br>Magistrate Judge Laurel Beeler<br><br>Date Action Filed: May 12, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 8, 2018, at 11:00 a.m., or as soon as counsel may be heard, Plaintiffs Irene Sung, Kimberly Carboni, Annie Fulton, Cary Berger, Melissa Berger, Emmalyne Owens, Ruth Phelps, Christine Willetts, Linda Graves, and Christine Nizibian ("Plaintiffs") move before the Magistrate Judge Laurel Beeler of the United States District Court for the Northern

1  District of California, 450 Golden Gate Avenue, Courtroom C on the 15th Floor, San Francisco,
2  California 94102 pursuant to Federal Rule of Civil Procedure 23(e), for an order granting Plaintiffs'
3  Motion for Preliminary Approval of Settlement (the "Motion").
4      This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and
5  Authorities in support thereof, the Declaration of Rosemary M. Rivas and exhibits in support thereof,
6  the proposed order, the pleadings and files herein, and such other written or oral argument as may be
7  presented to the Court.

                                                Respectfully submitted,

Dated: January 31, 2018              **LEVI & KORSINSKY LLP**

                                                By: /s/ *Rosemary M. Rivas*
                                                     Rosemary M. Rivas

                                                     Quentin A. Roberts
                                                     44 Montgomery Street, Suite 650
                                                     San Francisco, CA 94104
                                                     Telephone: (415) 291-2420
                                                     Facsimile: (415) 484-1294

                                                     **CASEY GERRY SCHENK FRANCAVILLA**
                                                        **BLATT & PENFIELD LLP**
                                                     Gayle M. Blatt
                                                     110 Laurel St.
                                                     San Diego, California 92101
                                                     Telephone: (619) 238-1811
                                                     Facsimile: (619) 544-9232

                                                     Counsel for Plaintiffs and the Proposed Classes