Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Quentin A. Roberts (State Bar No. 306687)
Email: qroberts@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Gayle M. Blatt (State Bar No. 122048)
Email: gmb@cglaw.com
Alyssa Williams (State Bar No. 310987)
Email: awilliams@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Class Counsel

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRENE SUNG, KIMBERLY CARBONI, ANNIE FULTON, CARY BERGER, MELISSA BERGER, EMMALYNE OWENS, RUTH PHELPS, CHRISTINE WILLETTS, LINDA GRAVES, and CHRISTINE NIZIBIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHURMAN FINE PAPERS, d/b/a SCHURMAN RETAIL GROUP,<br><br>Defendant. | Case No. 3:17-cv-02760-LB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:   June 28, 2018<br>Time:   9:30 a.m.<br>Ctrm.:   C-15th Floor<br>Magistrate Judge Laurel Beeler<br><br>Date Action Filed: May 12, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 28, 2018, at 9:30 a.m., or as soon as counsel may be heard, Plaintiffs Irene Sung, Kimberly Carboni, Annie Fulton, Cary Berger, Melissa Berger, Emmalyne Owens, Ruth Phelps, Christine Willetts, Linda Graves, and Christine Nizibian

("Plaintiffs"), respectfully move before the Magistrate Judge Laurel Beeler of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom C on the 15th Floor, San Francisco, California 94102 for an order granting final approval of Settlement.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support therefor, the Declaration of Rosemary M. Rivas and attached exhibits, the pleadings and files herein, and such other written or oral argument as may be presented to the Court.

Respectfully submitted,

Dated: May 10, 2018

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas

Quentin A. Roberts
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
Gayle M. Blatt
Alyssa Williams
110 Laurel St.
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Class Counsel