UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IRENE SUNG, et al., | Case No. 17-cv-02760-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SCHURMAN FINE PAPERS, | |
| Defendant. | |

On July 5, 2018 the court granted the plaintiffs' unopposed motion for approval of the class-action settlement, approved the settlement, and dismissed the case with prejudice and authorized entry of judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 5, 2018

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 17-cv-02760-LB